THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRANSBORO REALTY CORP., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [3 E. 66th St., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellant and the values for the years in question fixed as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1940–41 | $75,000 | $125,000 | $200,000 |
| 1941–42 | 70,000 | 125,000 | 195,000 |
| 1942–43 | 70,000 | 120,000 | 190,000 |

No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.